### Portfirio Gonuales v. The State.

#### No. 5332. Decided March 5, 1919.

**Receiving and Concealing Stolen Property—Charge of Court—Practice on Appeal.**

In the absence of a statement of facts, matters presented by the motion for new trial cannot be reviewed on appeal, and the judgment must be affirmed.

Appeal from the District Court of Cameron. Tried below before the Hon. Walter F. Timon, judge.

Appeal from a conviction of receiving and concealing stolen property; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*E. A. Berry*, Assistant Attorney General, for the State.

DAVIDSON, Presiding Judge.—Appellant was convicted of receiving and concealing stolen property, his punishment being assessed at two years confinement in the penitentiary.

There were two special charges asked, one of which was given and the other refused. The other matters presented by the motion

for new trial cannot be reviewed without the testimony as they relate to and depend upon the facts. The evidence is not before the court; it does not accompany the transcript.

The judgment is affirmed.

*Affirmed.*